450 A.2d 1066

Commonwealth v. Kyslinger, Appellant.
Petition for Allowance of Appeal
Granted March 1, 1983.

Argued November 10, 1981. Gary B. Zimmerman, submitted a brief on

behalf of appellant; Dara DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

BECK, J., filed a memorandum dissenting statement.